AMANDA C. YEN (NSBN 9726)
RORY T. KAY (NSBN 12416)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:  702.873.4100
Facsimile:   702.873.9966
E-mail: ayen@mcdonaldcarano.com
           rkay@mcdonaldcarano.com

*Attorneys for Plaintiff Coleman-Toll Limited Partnership*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLEMAN-TOLL LIMITED PARTNERSHIP, a Nevada limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>ADMINISTRATION FOR COMMUNITY LIVING, DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ADMINISTRATION FOR COMMUNITY HOUSING,<br><br>Defendants. | Case No. 2:15-cv-02148-GMN-GWF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT ADMINISTRATION FOR COMMUNITY LIVING, DEPARTMENT OF HEALTH AND HUMAN SERVICE'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rules 6-2 and 7-1, the parties hereto, by and through their undersigned counsel, hereby STIPULATE that the deadline for defendant Administration for Community Living, Department of Health and Human Services ("ACL") to respond to plaintiff Coleman-Toll Limited Partnership's ("Coleman-Toll") Complaint is extended to and through **February 12, 2016**.

Coleman-Toll served ACL with a copy of the Complaint on November 10, 2015. Accordingly, the current deadline for ACL to file its response is January 11, 2016.

. . .

. . .

. . .

. . .

. . .

The stipulation is entered in good faith and not for purposes of delay. The parties have not requested any previous extensions of time for ACL to respond to the complaint.

RESPECTFULLY SUBMITTED this 8th day of January, 2016.

FOR DEFENDANT ACL:

By: */s/ Krystal J. Rosse*
KRYSTAL J. ROSSE (NSBN 11573)
Assistant United States Attorney
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, NV 89101
Telephone: 702.388.6375
Facsimile: 702.388.6787

*Attorneys for Defendant Administration for Community Living, Department of Health and Human Services*

FOR PLAINTIFF COLEMAN-TOLL:

By: */s/ Amanda C. Yen*
AMANDA C. YEN (NSBN 9726)
RORY T. KAY (NSBN 12416)
McDonald Carano Wilson, LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966

*Attorneys for Plaintiff Coleman-Toll Limited Partnership*

### **ORDER**

**IT IS SO ORDERED:**

DATED: January 11, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

348816

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on the 8th day of January, 2016, a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING DEFENDANT ADMINISTRATION FOR COMMUNITY LIVING, DEPARTMENT OF HEALTH AND HUMAN SERVICE'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT, [FIRST REQUEST]** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

*/s/ Michelle Wade*
An employee of McDonald Carano Wilson LLP