AMANDA C. YEN (NSBN 9726)
RORY T. KAY (NSBN 12416)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
E-mail: ayen@mcdonaldcarano.com
　　　　rkay@mcdonaldcarano.com

*Attorneys for Plaintiff Coleman-Toll
Limited Partnership*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLEMAN-TOLL LIMITED PARTNERSHIP, a Nevada limited partnership,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ADMINISTRATION FOR COMMUNITY LIVING, DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ADMINISTRATION FOR COMMUNITY HOUSING,<br><br>　　　　　　　Defendants. | Case No. 2:15-cv-02148-GMN-GWF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT ADMINISTRATION FOR COMMUNITY LIVING, DEPARTMENT OF HEALTH AND HUMAN SERVICE'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

Pursuant to Local Rules 6-2 and 7-1, the parties hereto, by and through their undersigned counsel, hereby STIPULATE that the deadline for defendant Administration for Community Living, Department of Health and Human Services ("ACL") to respond to plaintiff Coleman-Toll Limited Partnership's ("Coleman-Toll") Complaint is extended to and through **March 25, 2016**.

Coleman-Toll served ACL with a copy of the Complaint on November 10, 2015. Coleman-Toll and ACL then stipulated to extend ACL's time to respond, and the Court entered an Order granting this stipulation. *See* Dkt. 13. Accordingly, pursuant to the parties' first request, the current deadline for ACL to file its response is February 12, 2016.

Separately, the Clerk of the Court has entered a Default against ACL's co-defendant Administration of Community Housing. Dkt. 15. Coleman-Toll has moved for a Default Judgment against the Administration of Community Housing and the Court has set a hearing on the Motion for

Default Judgment for February 29, 2016.  Dkt. 18.  ACL believes that it has no rights or interest in the real property involved in this litigation.  Accordingly, to promote judicial efficiency in quieting title through one action, ACL has agreed not to file any disclaimer of interest or other response to Coleman-Toll's Complaint until the Court has heard argument on the Administration of Community Housing's default and ruled on Coleman-Toll's related motion.

The stipulation is entered in good faith and not for purposes of delay.  The parties have requested one previous extension of time for ACL to respond to the complaint, which the Court granted.

RESPECTFULLY SUBMITTED this 5th day of February, 2016.

| FOR DEFENDANT ACL: | FOR PLAINTIFF COLEMAN-TOLL: |
|---|---|
| By: /s/ Krystal J. Rosse<br>KRYSTAL J. ROSSE (NSBN 11573)<br>Assistant United States Attorney<br>District of Nevada<br>333 Las Vegas Blvd., South, Suite 5000<br>Las Vegas, NV  89101<br>Telephone:  702.388.6375<br>Facsimile:  702.388.6787 | By: /s/ Amanda C. Yen<br>AMANDA C. YEN (NSBN 9726)<br>RORY T. KAY (NSBN 12416)<br>McDonald Carano Wilson, LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV  89102<br>Telephone:  702.873.4100<br>Facsimile:  702.873.9966 |
| *Attorneys for Defendant Administration for Community Living, Department of Health and Human Services* | *Attorneys for Plaintiff Coleman-Toll Limited Partnership* |

**ORDER**

**IT IS SO ORDERED:**

DATED: __February 8__, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

351750.1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on the 5th day of February, 2016, a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING DEFENDANT ADMINISTRATION FOR COMMUNITY LIVING, DEPARTMENT OF HEALTH AND HUMAN SERVICE'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT, [SECOND REQUEST]** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

                                            */s/  CaraMia Gerard*
                                     An employee of McDonald Carano Wilson LLP