1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

COLEMAN-TOLL LIMITED )
PARTNERSHIP, a Nevada limited )

5

partnership, )          Case No.: 2:15-cv-02148-GMN-GWF
)

6

          Plaintiff, )          **ORDER**
vs. )

7

)

8

ADMINISTRATION FOR COMMUNITY )
LIVING, DEPARTMENT OF HEALTH AND )

9

HUMAN SERVICES; and )
ADMINISTRATION FOR COMMUNITY )

10

HOUSING, )
)

11

          Defendants. )

12

13

          Pending before the Court is the Report and Recommendation of United States

14

Magistrate Judge George Foley, Jr., (ECF No. 24), which recommends that Plaintiff Coleman-

15

Toll Limited Partnership's Motion for Default Judgment (ECF No. 16) be **GRANTED**.

16

          A party may file specific written objections to the findings and recommendations of a

17

United States Magistrate Judge made pursuant to Local Rule IB 1–4. 28 U.S.C. § 636(b)(1)(B);

18

D. Nev. R. IB 3–2.  Upon the filing of such objections, the Court must make a de novo

19

determination of those portions to which objections are made. *Id.*  The Court may accept, reject,

20

or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge.

21

28 U.S.C. § 636(b)(1); D. Nev. IB 3–2(b).  Where a party fails to object, however, the Court is

22

not required to conduct "any review at all ... of any issue that is not the subject of an objection."

23

*Thomas v. Arn,* 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a

24

district court is not required to review a magistrate judge's report and recommendation where

25

no objections have been filed. *See, e.g., United States v. Reyna–Tapia,* 328 F.3d 1114, 1122

(9th Cir. 2003).

1    Here, no objections were filed, and the deadline to do so has passed.

2    Accordingly,

3    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 24) is

4  **ACCEPTED and ADOPTED** to the extent that it is not inconsistent with this Order.

5    **IT IS FURTHER ORDERED** that Plaintiff Coleman-Toll Limited Partnership's

6  Motion for Default Judgment (ECF No. 16) is **GRANTED**.

7    **IT IS FURTHER ORDERED** that judgment be entered in favor of Plaintiff that the

8  Fraudulent Deed is invalid and unenforceable and had no force or effect in conveying any

9  interest in Plaintiff's Real Property to Defendant ACH.

10    The Clerk of the Court shall enter judgment accordingly and close this case.

11    **DATED** this __15__ day of April, 2016.

12

13

14

15

16    _____

17    Gloria M. Navarro, Chief Judge
      United States District Judge

18

19

20

21

22

23

24

25